UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-63 (04) PAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ADAM ANTHONY CARON,<br>Defendant,<br>and<br>DAVE'S FLOOR SANDING & INST. INC.,<br>Garnishee. | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Adam Anthony Caron, Social Security Number, XXX-XX-3047, with the last known address of XXXXXX, Coon Rapids, MN 55448.

The judgment was entered on October 31, 2001, for monetary impositions. The judgment was entered in the amount of $71,760.12, plus interest and costs.

As of July 27, 2006, after applying payments, if any, the balance on this judgment debt was $43,989.69 in principal, plus interest, costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due.

More than 30 days has elapsed since demand for payment was

SCANNED
DEC 13 2006
U.S. DISTRICT COURT ST. PAUL

last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Dave's Floor Sanding & Inst. Inc.
1451 92nd Lane NE
Blaine, MN 55434

Dated: December 7, 2006

RACHEL K. PAULOSE
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600