UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-63 (04) PAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ANTHONY CARON,<br><br>Defendant,<br><br>DAVE'S FLOOR SANDING & INST. INC.,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about January 24, 2007.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about February 23, 2007. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of earnings. In its Answer, the garnishee states that there is available future earnings under this garnishment, after deductions are made for statutory withholdings and previously served garnishments.

On or about January 24, 2007, the defendant was personally served with notice of his right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the Clerk of Court, 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Clerk of Court," twenty-five percent of disposable earnings per week, until such time as the entire debt in this matter, $43,989.69 including accruing interest and pursuant to 28 U.S.C. § 3011, the surcharge of 10% of the total debt due, is paid in full; and

IT IS FURTHER ORDERED that the garnishee continue to garnish the defendant, under this garnishment, after repayment of the entire debt noted above, and until the plaintiff has recovered the costs incurred by the United States Marshal's Service for service of the garnishment on the garnishee and the defendant, said costs being $59.69; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the Clerk of Court weekly as they become due and owing.

Dated: March 26, 2007

s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court