# United States Department of Justice
# Consolidated Debt Collection System
## Single Liability Payment History

[redacted]

**Report Level:** MN

**Report Date:** 05/01/2008

**PAYMENTS**

| **CDCS NBR** | **Name** | **Collect Type** | **Court Nbr** | **Priority Code** | **Scheduled Payment Amount** | **Scheduled Payment Date** | **Current Liability** |
|---|---|---|---|---|---|---|---|
| [redacted] | Caron, Adam Anthony | [redacted] | 01-63 (04) PAM | [redacted] | | | [redacted] |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | |
| 0317 | PMNT | 02/09/2007 | CL | A | Matthew Austin Inc. | | 4-0848 | | 03/30/2007 | $88.35 |
| 0321 | PMNT | 02/15/2007 | CL | A | Matthew Austin Inc. | | 4-1040 | | 03/30/2007 | $79.89 |
| 0325 | PMNT | 02/20/2007 | CL | A | ADP | | 4-1121 | | 03/30/2007 | $91.70 |
| 0329 | PMNT | 03/02/2007 | CL | A | Matthew Austin Inc. | | 4-1346 | | 03/30/2007 | $69.23 |
| 0333 | PMNT | 03/09/2007 | CL | A | ADP | | 4-1530 | | 03/30/2007 | $72.69 |
| 0337 | PMNT | 03/16/2007 | CL | A | Matthew Austin Inc. | | 4-1715 | | 03/30/2007 | $85.39 |
| 0341 | PMNT | 03/22/2007 | CL | A | Matthew Austin Inc | | 4-1837 | | 03/30/2007 | $14.79 |
| 0345 | PMNT | 03/29/2007 | CL | A | Matthew Austin Inc | | 4-2018 | | 03/30/2007 | $87.60 |
| 0353 | PMNT | 04/12/2007 | GC | H | Matthew Austin Inc. | | 4-2381 | | 04/13/2007 | $141.69 |
| 0361 | PMNT | 04/19/2007 | GC | H | ADP | | 4-2536 | | 04/20/2007 | $140.28 |
| 0365 | PMNT | 04/27/2007 | GC | H | Matthew Austin Inc | | 4-2714 | | 04/30/2007 | $102.25 |
| 0369 | PMNT | 05/03/2007 | GC | H | Matthew Austin Inc | | 4-2866 | | 05/04/2007 | $93.82 |
| 0373 | PMNT | 05/11/2007 | GC | H | Matthew Austin Inc. | | 4-3085 | | 05/15/2007 | $108.41 |
| 0381 | PMNT | 05/17/2007 | GC | H | ADP | | 4-3242 | | 05/21/2007 | $117.66 |
| 0385 | PMNT | 05/24/2007 | GC | H | Matthew Austin Inc. | | 4-3412 | | 05/29/2007 | $110.60 |
| 0389 | PMNT | 05/29/2007 | GC | H | Matthew Austin Inc | | 4-3482 | | 06/01/2007 | $122.67 |
| 0393 | PMNT | 06/07/2007 | GC | H | Matthew Austin Inc. | | 13730 | | 06/08/2007 | $115.41 |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

[redacted]

**Report Level:** MN

**Report Date:** 05/01/2008

| **CDCS NBR** | **Name** | **Collect Type** | **Court Nbr** | **Priority Code** | **Scheduled Payment Amount** | **Scheduled Payment Date** | **Current Liability** |
|---|---|---|---|---|---|---|---|
| [redacted] | Caron, Adam Anthony | [redacted] | 01-63 (04) PAM | [redacted] | | | [redacted] |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | PMNT | 06/14/2007 | GC | H | ADP | | 4641013916 | | 06/15/2007 | $143.07 |
| 0409 | PMNT | 06/22/2007 | GC | H | Matthew Austin | | 4-4155 | | 06/25/2007 | $110.07 |
| 0413 | PMNT | 06/29/2007 | GC | H | Matthew Austin Inc. | | 4-4377 | | 07/02/2007 | $124.86 |
| 0417 | PMNT | 07/06/2007 | GC | H | Matthew Austin Inc. | | 4-4568 | | 07/10/2007 | $117.38 |
| 0421 | PMNT | 07/13/2007 | GC | H | Matthew Austin Inc. | | 4-4742 | | 07/16/2007 | $132.41 |
| 0425 | PMNT | 07/20/2007 | GC | H | Matthew Austin Inc. | | 4-4890 | | 07/23/2007 | $115.75 |
| 0429 | PMNT | 07/27/2007 | GC | H | ADP | | 1015034 | | 07/30/2007 | $128.60 |
| 0433 | PMNT | 08/03/2007 | GC | H | ADP | | 4-5186 | | 08/06/2007 | $158.19 |
| 0441 | PMNT | 08/10/2007 | GC | H | ADP | | 4-5360 | | 08/13/2007 | $105.43 |
| 0445 | PMNT | 08/17/2007 | GC | H | Matthew Austin Inc. | | 4-5543 | | 08/20/2007 | $132.49 |
| 0449 | PMNT | 08/23/2007 | GC | H | ADP | | 4-15667 | | 08/24/2007 | $126.46 |
| 0461 | PMNT | 08/31/2007 | GC | H | Matthew Austin, Inc | | 4641015833 | | 09/04/2007 | $142.99 |
| 0465 | PMNT | 09/04/2007 | GC | H | ADP | | 4641015852 | | 09/05/2007 | $165.28 |
| 0469 | PMNT | 09/13/2007 | CL | A | Matthew Austin, Inc. | | 4641016122 | | 09/14/2007 | $134.35 |
| 0473 | PMNT | 09/20/2007 | CL | A | A. Caron | | 4641016283 | | 09/21/2007 | $99.96 |
| 0477 | PMNT | 09/27/2007 | GC | H | Matthew Austin Inc | | 4641016461 | | 09/28/2007 | $107.17 |
| 000489 | PMNT | 10/05/2007 | GC | H | Matthew Austin Inc | | 16712 | | 10/10/2007 | $92.99 |
| 000493 | PMNT | 10/09/2007 | CL | A | Matthew Austin Inc | | 16752 | | 10/10/2007 | $116.90 |
| 000497 | PMNT | 10/19/2007 | GC | H | Matthew Austin Inc | | 4641017068 | | 10/22/2007 | $156.05 |
| 000505 | PMNT | 11/01/2007 | GC | H | ADP | | 4641017327 | | 11/02/2007 | $148.89 |
| 000509 | PMNT | 11/02/2007 | GC | H | ADP | | 4641017366 | | 11/07/2007 | $146.94 |
| 000513 | PMNT | 11/09/2007 | GC | H | ADP | | 4641017529 | | 11/14/2007 | $130.68 |
| 000521 | PMNT | 11/13/2007 | GC | H | ADP | | 4641017590 | | 11/14/2007 | $35.43 |
| 000529 | PMNT | 11/26/2007 | GC | H | ADP | | 4641017863 | | 11/27/2007 | $46.71 |
| 000537 | PMNT | 12/06/2007 | CL | A | A. Caron | | 4641018137 | | 12/07/2007 | $41.06 |
| 000545 | PMNT | 12/14/2007 | GC | H | ADP | | 1018320 | | 12/17/2007 | $27.96 |
| 000549 | PMNT | 12/26/2007 | GC | H | ADP | | 44641018493 | | 12/28/2007 | $28.05 |
| 000553 | PMNT | 01/02/2008 | GC | H | ADP | | 44641018620 | | 01/04/2008 | $82.11 |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

[redacted]

**Report Level:** MN

**Report Date:** 05/01/2008

| **CDCS NBR** | **Name** | **Collect Type** | **Court Nbr** | **Priority Code** | **Scheduled Payment Amount** | **Scheduled Payment Date** | **Current Liability** |
|---|---|---|---|---|---|---|---|
| [redacted] | Caron, Adam Anthony | [redacted] | 01-63 (04) PAM | [redacted] | | | [redacted] |

| **Seq Finance** | **Finance Code** | **Received Date** | **Payment Form** | **Received By Usao** | **Received From** | **Deposit Nbr** | **Check Nbr** | **Bop Deposit Nbr** | **Payment Date** | **Payment Amount** |
|---|---|---|---|---|---|---|---|---|---|---|
| 000561 | PMNT | 01/11/2008 | GC | H | ADP | | 44641018869 | | 01/15/2008 | $105.59 |
| 000577 | PMNT | 02/08/2008 | GC | H | Daves Floor Sanding | | 44641019518 | | 02/12/2008 | $116.98 |
| 000585 | PMNT | 02/14/2008 | GC | H | DAVES FLOOR SANDING | | 4-19653 | | 02/15/2008 | $101.77 |
| 000589 | PMNT | 02/21/2008 | GC | H | DAVES FLOOR SANDING | | 4-19834 | | 02/22/2008 | $92.64 |
| 000597 | PMNT | 02/29/2008 | GC | H | Dave's Flooring | | 44641020191 | | 03/03/2008 | $88.09 |
| 000602 | PMNT | 03/07/2008 | GC | H | Dave's Floor Sanding | | 44641020740 | | 03/10/2008 | $48.43 |
| 000606 | PMNT | 03/13/2008 | GC | H | Dave's Floor Sanding | | 44641021156 | | 03/17/2008 | $100.02 |
| 000614 | PMNT | 03/20/2008 | CL | A | Adam Caron | | 44641021543 1 | | 03/21/2008 | $63.99 |
| 000623 | PMNT | 04/03/2008 | GC | H | Daves Flor Sanding | | 44641022328 | | 04/04/2008 | $103.18 |
| 000627 | PMNT | 04/11/2008 | GC | H | Daves Floor Sanding | | 44641022592 | | 04/14/2008 | $123.11 |
| 000635 | PMNT | 04/21/2008 | GC | H | Daves Floor Sanding | | 44641022957 | | 04/22/2008 | $145.47 |
| 000639 | PMNT | 04/24/2008 | GC | H | DAVES FLOOR SANDING | | 4-23146 | | 04/25/2008 | $94.78 |

[redacted] [redacted]