# CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ANTHONY CARON,<br><br>Defendant,<br><br>DAVE'S FLOOR SANDING & INST. INC.,<br><br>Garnishee. | ) | Criminal No. 01-63(4)PAM |

I hereby certify that on *5-13-2008*, I served, or caused to be served, the following document:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed document with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed document to non-ECF participants by placing a copy in a postpaid envelope addressed to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressees:

Adam Anthony Caron
XXXXXXXXXXXXXXXXXX
Coon Rapids, MN 55448

Dave's Floor Sanding & Inst. Inc.
XXXXXXXXXXXXXXXX
Blaine, MN 55434

*s/C. Ann Dasovich*