CERTIFICATE OF SERVICE BY MAIL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ANTHONY CARON,<br><br>Defendant,<br><br>DAVE'S FLOOR SANDING & INST. INC.,<br><br>Garnishee. | Criminal No. 01-63(4)PAM |

I hereby certify that on *6/11/2008*, I served, or caused to be served, the following document:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I served, or caused to be served, the above-listed document to non-ECF participant by placing a copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressees:

Adam Anthony Caron
XXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXX
Blaine, MN 55434

*s/C. Ann Dasovich*